393 A.2d 1287

Grib v. Grib, Appellant.

Argued April 11, 1978.  B. Clements, with him Robert S. Adams, for appellant;  Rodney W. Fink, with him Fine, Perlow & Stone, for appellee.

Order affirmed.

393 A.2d 1287

Guthrie v. Guthrie, Appellant.

Argued April 11, 1978.  Frank C. Carroll, for appellant;  Sanford S. Finder, for appellee.

Order affirmed.